# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 129 EAL 2016

         Respondent    :

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

         v.    :

         :

TAROHN JAYNES,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.